CRISTINA DE B. PATINO, Respondent, *v.* ANTENOR PATINO, Appellant.

Argued March 13, 1952; decided April 23, 1952.

*Lee McCanliss* and *William L. Lynch* for appellant.

*J. Harlin O'Connell* and *William Russell Bogert* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FOESSEL, JJ.